

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of H.C., a Child

No. 06-19-00097-CV

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 18C0193-102). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating. Dissenting Opinion by Justice Burgess.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 1, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk